UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-6194-VBF(FMOx)**                              Dated: **March 5, 2010**

Title:    Julie M. Barney, et al. -*v*- Old Mother Hubbard, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Rita Sanchez                                    None Present
      Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER RE JOINT NOTICE OF SETTLEMENT PURSUANT TO COURT'S STANDING ORDER (dkt. #54)**


The Court has received the parties' Joint Notice Of Settlement Pursuant To Court's Standing Order (dkt. #54). Based on the parties' representation that a settlement has been reached in principle (Joint Notice at 2:10-11), the Compromise Proposal Term Sheet attached to the Joint Notice, and the parties' request (Joint Notice at 2:16-17), the Court hereby removes the April 19, 2010 hearing on Plaintiffs' Motion For Class Certification (dkt. #48) from the Court's calendar and stays discovery and pre-trial proceedings except as set forth below.

The Court finds, however, that the description of the procedures and deadlines provided in the Compromise Proposal Term Sheet is inadequate. The parties are hereby ordered to file, no later than March 29, 2010, a joint motion for (1) Approval of the Stipulated Plaintiff Class; (2) Preliminary Approval of Class Action Settlement; (3) Approval of Notice and Claim Forms and Procedures; and (4) Scheduling of the Final Fairness Hearing.  See *Acosta v. Trans Union, LLC*, 243 F.R.D. 377, 379 (C.D. Cal. 2007); *Staton v. Boeing Co.*, 327 F.3d 938, 952 (9th Cir. 2003).


MINUTES FORM 90                             Initials of Deputy Clerk   rs
CIVIL - GEN

The Court sets an Order To Show Cause why the stay described in this Order should not be lifted for April 5, 2010, at 8:30 a.m.  If the parties timely file the motion described in the above paragraph, this OSC will be discharged.

MINUTES FORM 90                              Initials of Deputy Clerk    rs
CIVIL - GEN