```
                        UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA

                         CIVIL MINUTES -- GENERAL
```

Case No.   **CV 09-6194-VBF(FMOx)**                           Dated: **May 3, 2010**

Title:     Julie M. Barney, et al. -v- Old Mother Hubbard, Inc., et al.
_____

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

           Joseph Remigio                       Rosalyn Adams
           Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

           Scott J. Ferrell                     Marc C. Goodman
           A. Eric Aguilera


**PROCEEDINGS:    HEARING AND RULING ON SUBMITTED MATTER RE PLAINTIFFS'
                  MOTION FOR CLASS CERTIFICATION (dkt. #48)**

Case called, and counsel make their appearance.

The Court on May 3, 2010 heard oral argument by the Parties relating to Plaintiffs' Motion For Class Certification ("Motion")(dkt. #48). The Court referred to its Tentative Ruling dated April 28, 2010 (dkt. #82) and took the matter under submission.

After further consideration of the papers filed and counsels' oral arguments, the Court adopts its Tentative Ruling and for the reasons set forth therein, hereby DENIES Plaintiffs' Motion. The Court finds that Plaintiffs fail to carry their burden of showing satisfaction of the requirements of Fed. R. Civ. P. 23(a) and Fed. R. Civ. P. 23(b) for the reasons described in the Tentative Ruling.

At the hearing, Plaintiffs expressed a desire to amend their complaint. Any request for leave to amend was not properly brought before the Court by noticed motion, and therefore the Court DENIES any oral request for leave to amend made at the hearing.


                                        Initials of Deputy Clerk    rs