1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Goodman (State Bar No. 154692)
2  mgoodman@ssd.com
   Christopher J. Petersen (State Bar No. 251439)
3  cjpetersen@ssd.com
   One Maritime Plaza, Suite 300
4  San Francisco, CA  94111
   Telephone:  +1.415.954.0200
5  Facsimile:   +1.415.393.9887

6  Attorneys for Defendant
   WELLPET LLC as Successor-in-Interest to
7  OLD MOTHER HUBBARD, INC.

8

9                    UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11 | JULIE M. BARNEY, CANDICE WINZEN, and CHAD GHARRING, individually and on behalf of all others similarly situated, | CASE NO.  CV09-06194 VBF (FMOx)
12 | | 
13 | | **STIPULATION OF DISMISSAL WITH PREJUDICE**
14 | Plaintiffs, | 
15 | vs. | [Fed. R. Civ. P. 41]
   | | Judge:   Hon. Valerie Baker Fairbank
16 | OLD MOTHER HUBBARD, INC., a Delaware corporation; and DOE DEFENDANTS 1-10, Inclusive, | 
17 | | 
18 | Defendants. |

1    **IT IS HEREBY STIPULATED** by and between Plaintiffs Julie M. Barney, Candice Winzen and Chad Gharring (collectively, "Plaintiffs") and Defendant WellPet LLC as successor-in-interest to Old Mother Hubbard, Inc. ("Defendant"), through their designated counsel, that:

1. The above-captioned action, including, without limitation, Plaintiffs' complaint and claims against Defendant, be dismissed with prejudice; and

2. Each party shall bear its own costs, expenses and attorneys fees.

Dated: November 16, 2010          SQUIRE, SANDERS & DEMPSEY L.L.P.

                                  By: */s/ Mark C. Goodman*
                                      Mark C. Goodman

                                  Attorneys for Defendant
                                  WELLPET LLC as Successor-in-Interest to OLD MOTHER HUBBARD, INC.

Dated: November 16, 2010          BOHM, MATSEN, KEGEL & AGUILERA LLP

                                  By: */s/ A. Eric Aguilera*
                                      A. Eric Aguilera

                                  Attorneys for Plaintiffs
                                  JULIE M. BARNEY, CANDICE WINZEN and CHAD GHARRING

LOSANGELES/317382.1