JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIE M. BARNEY, CANDICE WINZEN, and CHAD GHARRING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD MOTHER HUBBARD, INC., a Delaware corporation; and DOE DEFENDANTS 1-10, Inclusive,<br><br>Defendants. | CASE NO. CV09-06194 VBF (FMOx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES<br><br>[Fed. R. Civ. P. 41]<br><br>Judge:   Hon. Valerie Baker Fairbank |

///
///
///

[PROPOSED] ORDER

Pursuant to the Stipulation to Dismiss With Prejudice by and between Plaintiffs Julie M. Barney, Candice Winzen and Chad Gharring (collectively, "Plaintiffs") and Defendant WellPet LLC as successor-in-interest to Old Mother Hubbard, Inc. ("Defendant"), through their designated counsel,

**IT IS HEREBY ORDERED THAT** this entire action, including, without limitation, Plaintiffs' complaint and claims against Defendant, is dismissed with prejudice and that each party shall bear its own costs, expenses, and attorneys fees.

All dates future dates in this matter are vacated.

IT IS SO ORDERED.

Dated: 11-18-10

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
United States District Court Judge